# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THERESA VICTORY,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 18-5170** |
| | : | |
| **BERKS COUNTY,** *et al.* | : | |

## ORDER

**AND NOW**, this 15th day of February 2019, upon considering Plaintiffs Samantha Huntington's and Amara Sanders' Motion for a preliminary injunction (ECF Doc. No. 53), Defendants' Response (ECF Doc. No. 69), Plaintiffs' Reply (ECF Doc. No. 74), following an evidentiary hearing where we evaluated the credibility of witnesses and admitted several exhibits, and upon finding neither Plaintiff presently established standing to obtain preliminary injunctive relief to mandate the Defendants provide them with equivalent treatment as male inmates classified as "trusty" in the Berks County Jail System, and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiffs Samantha Huntington's and Amara Sanders' Motion for a preliminary injunction (ECF Doc. No. 53) is **DENIED**.

KEARNEY, J.