# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THERESA VICTORY,** *et al.* | : **CIVIL ACTION** |
| v. | : NO. 18-5170 |
| **BERKS COUNTY,** *et al.* | : |

## ORDER

**AND NOW**, this 15th day of February 2019, upon considering the Defendants' Motion to dissolve (ECF Doc. No. 63) our January 15, 2019 Order (ECF Doc. No. 39) requiring the Defendants provide equal protection to Plaintiff Theresa Victory as a female inmate classified as "trusty" in the Berks County Jail System, and upon finding the Berks County Jail released Theresa Victory from its custody subject to parole, and the Berks County Warden has filed a sworn proposal of a plan which could be effected should Theresa Victory return to custody and trusty status in the Berks County Jail System (ECF Doc. No. 64), finding no further basis to compel Berks County to provide jail services to a citizen no longer in its custody, and for reasons in the accompanying Memorandum, it is **ORDERED** the Defendants' Motion (ECF Doc. No. 63) is **GRANTED**:

1. We **dissolve** the January 15, 2019 mandatory injunction (ECF Doc. No. 39), as modified on January 25, 2019 (ECF Doc. No. 62) upon the Defendants as it relates to Theresa Victory;

2. The Clerk of Court shall return the January 16, 2019 injunction bond to Plaintiff's counsel of record upon their appearance in the Clerk's Office on or after **February 19, 2019**; and,

3. Nothing in this Order shall be construed to permit retaliation for challenging the present treatment of female trusty inmates or deter any person seeking to further enforce their rights in light of the progress of this case.

_____
KEARNEY, J.