# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THERESA VICTORY,** *et al.* | : CIVIL ACTION |
| v. | : NO. 18-5170 |
| **BERKS COUNTY,** *et al.* | : |

## ORDER

**AND NOW**, this 3rd day of June 2019, upon considering Defendants' Motions to stay (ECF Doc. Nos. 141, 142) all proceedings or the obligations of our May 20, 2019 Order (ECF Doc. No. 135) pending appeal, Plaintiffs' consolidated Opposition (ECF Doc. No. 143), after evaluating the credibility of witnesses and heard arguments in three evidentiary hearings as to why Berks County continues to treat female inmates such as Plaintiff Alice Velazquez-Diaz housed in the F Block of the Jail in a significantly different manner as to freedom of movement and visitation rights than male inmates with the same low-risk "Trusty" custody classification housed in a Community Reentry Center, and for reasons in the accompanying Memorandum, it is **ORDERED** the Defendants' Motions to stay (ECF Doc. No. 141, 142) are **DENIED**.

KEARNEY, J.