# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| THERESA VICTORY, *et al.* | : CIVIL ACTION |
|---|---|
| v. | : NO. 18-5170 |
| BERKS COUNTY, *et al.* | : |

## ORDER

**AND NOW**, this 17th day of October 2019, upon considering the Defendants' Motion for summary judgment (ECF Doc. No. 222), Plaintiffs' Response (ECF Doc. No. 232), Plaintiffs' Motion for partial summary judgment (ECF Doc. No. 225), Defendants' Response (ECF Doc. No. 230), finding there are genuine issues of material fact regarding female Trusty inmates' access to furloughs under the Equal Protection Clause, the extent and scope of compensatory or punitive damages payable to Ms. Victory and Ms. Velazquez-Diaz under the Equal Protection Clause, and the scope of the requested permanent injunctive relief for the Class narrowly tailored to the accompanying findings of Equal Protection Clause violations consistent with the Prison Litigation Reform Act, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendants' Motion for summary judgment (ECF Doc. No. 222) is **DENIED**; and,

2. Plaintiffs' Motion for partial summary judgment (ECF Doc. No. 225) is **DENIED**.

KEARNEY, J.