# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THERESA VICTORY,** *et al.* | : | **CIVIL ACTION** |
| **v.** | : | **NO. 18-5170** |
| **BERKS COUNTY,** *et al.* | : | |

# ORDER

**AND NOW**, this 7th day of April 2020, upon considering Plaintiffs' Motion for attorney's fees (ECF Doc. No. 342), Defendants' Opposition (ECF Doc. No. 346), Plaintiffs' Reply (ECF Doc. No. 347), and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiffs' Motion (ECF Doc. No. 342) is **GRANTED in part** and **DENIED in part** and, as reflected in the accompanying Judgment entered today, we award Plaintiffs reasonable attorney's fees and costs of $507,330.61, consisting of $503,939.20 in attorney's fees and $3,399.41 in undisputed costs.

                                                 **KEARNEY, J.**